OPINION — AG — ** ADVANCE PAYMENT — DELIVERED IN FUTURE — PLEDGE CREDIT OF STATE ** YOU ASK WHETHER OR NOT STATE AGENCIES ARE AUTHORIZED TO PURCHASE "COUPON BOOKS" FOR SUPPLIES USED BY SAID AGENCIES (SUCH AS ICE, TYPEWRITER RIBBONS, OR CARBON PAPER) TO BE DELIVERED IN THE FUTURE. NEGATIVE, THIS WOULD VIOLATE THE THE CONSTITUTION PROVISIONS OF ARTICLE X, SECTION 15 — PLEDGING THE CREDIT OF THE STATE OF OKLAHOMA. (FUTURE DELIVERIES) CITE: OPINION 82-051 (RICHARD M. HUFF)